UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ONTEL PRODUCTS CORPORATION

                            Plaintiff,        17 Civ. 5190 (AT)

       - against -             **SATISFACTION OF JUDGMENT**

AUTO MALL, et al.

                            Defendants.
----------------------------------x

WHEREAS, a judgment was entered in the above action on the 27th day of November, 2017 in favor of Plaintiff Ontel Products Corporation and against Defendant Nike_one / Handspinner Fidget in the amount of $50,000, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Nike_one / Handspinner Fidget.

Dated: November 12, 2019
New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:  (212) 292-5391
*Attorney for Plaintiff*
*Ontel Products Corporation*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/17/2022